IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION – CINCINNATI

| | | |
|---|---|---|
| WILLIAM JEROME SMITH, | : | Case No. 1:21-cv-426 |
| | : | |
| Petitioner, | : | Judge Matthew W. McFarland |
| | : | |
| v. | : | |
| | : | |
| WARDEN, | : | |
| Belmont Correctional Institution, | : | |
| | : | |
| Respondent. | : | |

**ENTRY AND ORDER ADOPTING REPORT AND RECOMMENDATION (Doc. 9)**

The Court has reviewed the Report and Recommendations of United States Magistrate Judge Stephanie K. Bowman (Doc. 9), to whom this case is referred pursuant to 28 U.S.C. § 636(b) and Petitioner's Motion for Extension of Time to File Objections (Doc. 10). Petitioner filed his Motion for Extension of Time after the time for filing objections had passed under Fed. R. Civ. P. 72(b). Thus, Petitioners Motion for Extension of Time is **DENIED**.

Thus, because no objections have been filed and the time for filing such objections under Fed. R. Civ. P. 72(b) has expired, the Court hereby **ADOPTS** the Report and Recommendation in its entirety. Accordingly, the petition is **DISMISSED with** prejudice on the ground that the petition is time-bared under 28 U.S.C. § 2244(d). Petitioner is **DENIED** any requested certificate of appealability and the Court hereby certifies to the United States Court of Appeals that an appeal would be objectively frivolous and therefore should not be permitted to proceed in forma pauperis.

IT IS SO ORDERED.

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO

By: _____
JUDGE MATTHEW W. McFARLAND